United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Josisky Lamy, Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 18-20684-Civ-Scola |
| Jeff Sessions as Attorney General of the United States and others, | ) ) | |
| Respondents. | ) | |

**Order Adopting Magistrate Judge's Report And Recommendation**

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On February 26, 2018, Judge White issued a report, recommending that the Court deny the Petitioner Josisky Lamy's emergency motion for a stay of deportation. (Report of Mag. J., ECF No. 8.) Lamy has not filed objections to the report and the time to do so has passed.

The Court has considered Judge White's report, the record, and the relevant legal authorities. The Court finds Judge White's report and recommendation cogent and compelling: this Court is without jurisdiction to provide the relief requested by Lamy. Instead, the relief Lamy seeks should be pursued through the appropriate court of appeals.

The Court thus **affirms and adopts** Judge White's report and recommendation (**ECF No. 8**). The Court **denies** Lamy's emergency motion for a stay of his removal (**ECF No. 4**).

**Done and ordered**, at Miami, Florida, on March 19, 2018.

Robert N. Scola, Jr.
United States District Judge