United States District Court
for the
Southern District of Florida

| Josisky Lamy, Petitioner, | ) | |
|---|---|---|
| v. | ) | |
| | ) | Civil Action No. 18-20684-Civ-Scola |
| Jeff Sessions as Attorney General of the United States and others, Respondents. | ) ) ) | |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On April 3, 2018, Judge White issued a report, recommending that the Court dismiss Petitioner Josisky Lamy's 28 U.S.C. §§ 2241–43 federal habeas corpus petition. (Report of Mag. J., ECF No. 14.) Lamy has not filed objections to the report and the time to do so has passed.

The Court has considered Judge White's report, the record, and the relevant legal authorities. The Court finds Judge White's report and recommendation cogent and compelling: because Lamy was removed from the United States on March 20, 2018, there is no longer a case or controversy and Lamy's petition is therefore moot.

The Court thus **affirms and adopts** Judge White's report and recommendation (**ECF No. 14**). Lamy's petition is thus **dismissed as moot**. The Clerk is directed to **close** this case. Any pending motions are denied as moot.

**Done and ordered**, at Miami, Florida, on April 27, 2018.

_____
Robert N. Scola, Jr.
United States District Judge